# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Affinitylifestyles.com, Inc., et al., | Case No. 2:25-cv-001528-CDS-DJA |
| Debtors | **Order Approving Stipulation to Extend Time** |
| _____ | [ECF No. 5] |
| Ohio Security Insurance Company, et al., | |
| Plaintiffs | |
| v. | |
| Affinitylifestyles.com, Inc., | |
| Defendant | |

Based on the parties' second stipulation to extend time (ECF No. 5),[1] it is hereby ordered that the deadline for Ryan A. Andersen, Chapter 7 Trustee, to file an opposition to the motion to withdraw the reference is extended to November 3, 2025; it is further ordered that the Trustee must respond to the complaint by November 10, 2025; and the Trustee must withdraw his request to waive the fourteen-day stay under Federal Rule of Bankruptcy Procedure 6004 if the bankruptcy court grants the motion to reconsider the order denying the motion to approve the sale of claims pursuant to 11 U.S.C. § 363(f) in the bankruptcy case captioned *In re Affinitylifestyles.com, Inc.*, Case Number BK-S-21-14099-NMC.

Dated: September 8, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] Counsel are reminded that Local Rule IA 6-2 requires that "[a] stipulation or ex parte or unopposed motion must include an 'order' in the form of a signature block on which the court or clerk can endorse approval of the relief sought."