Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:  702/720-3370
Facsimile:  702/720-3371

Counsel for Ryan A. Andersen, Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AFFINITYLIFESTYLES.COM, INC., REAL WATER, INC., and REAL WATER OF TENNESSEE, LLC,<br><br>Debtors | Case No. 2:25-cv-01528-CDS-DJA<br><br>**Order Approving AMENDED THIRD STIPULATION TO EXTEND DEADLINE TO RESPOND TO: (1) MOTION TO WITHDRAWY THE REFERENCE, AND (2) COMPLAINT**<br><br>[ECF No. 9] |
| OHIO SECURITY INSURANCE COMPANY, et al.,<br><br>Plaintiff<br><br>v.<br><br>AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER, a Nevada corporation; REAL WATER, INC., a Wyoming corporation; REAL WATER OF TENNESSEE, LLC<br><br>Defendants | |

Ryan A. Andersen, in his capacity as the Chapter 7 Trustee (the "Trustee"), by and through his counsel, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd., and Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively, the "Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

## I.  RECITALS

1. On August 11, 2025, Plaintiffs commenced the instant litigation by filing a complaint (the "<u>Complaint</u>") alleging claims for breach of contract and declaratory judgment in the United States Bankruptcy Court for the District of Nevada.

2. On the same date, Plaintiffs filed *Ohio Security Insurance Company, et al.'s Motion to Withdraw the Reference* [ECF No. 1] (the "<u>Motion to Withdraw the Reference</u>").

3. The current deadline for the Trustee to file an opposition to the Motion to Withdraw the Reference is November 3, 2025.

4. The current deadline for the Trustee to respond to the Complaint is November 10, 2025.

5. The Parties will be participating in a settlement conference on December 10-11, 2025, and seek to further extend the Trustee's deadline to oppose the Motion to Withdraw the Reference and to respond to the Complaint.

## II.  STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Trustee's deadline to file an opposition to the Motion to Withdraw the Reference shall be extended to up to and including January 9, 2026; and

2. The Trustee's deadline to respond to the Complaint shall be extended until January 9, 2026; and

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

3.  This Stipulation is without prejudice to any of the Parties requesting a further extension of time from the Court for cause shown.

Dated this 5th day of November, 2025.    Dated this 5th day of November, 2025.

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

By: */s/ Richard F. Holley*
Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
Jeremy A. Moseley (Pro Hac Vice)
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401

and

DUANE MORRIS LLP
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile:  702.974.1058

**IT IS SO ORDERED:**

_____
Honorable Cristina D. Silva
United States District Judge

Dated: November 12, 2025