Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 415.957.3179
Facsimile:  702.974.1058
Email:  dcanderson@duanemorris.com
          dbheidtke@duanemorris.com

Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
Jeremy A. Moseley (*Pro Hac Vice forthcoming*)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
Email: rholley@spencerfane.com
          mbacon@spencerfane.com
          jmoseley@spencerfane.com

*Attorneys for Ohio Security Insurance Company,*
*Peerless Indemnity Insurance Company,*
*The Ohio Casualty Insurance Company, and*
*West American Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AFFINITYLIFESTYLES.COM, INC., REAL WATER, INC., and REAL WATER OF TENNESSEE, LLC,<br><br>Debtors. | Case No. BK-S-21-14099-NMC<br>Case No. BK-S-21-14101-NMC<br>Case No. BK-S-21-14102-NMC<br>Chapter 7 |
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; PEERLESS INDEMNITY INSURANCE COMPANY, a company organized under the laws of the State of Illinois; THE OHIO CASUALTY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire; WEST AMERICAN INSURANCE COMPANY, a company organized under the laws of the State of Indiana,<br><br>Plaintiffs,<br><br>vs. | Adv. P. 25-01181-NMC<br><br>USDC No. 2:25-cv-01528-CDS-DJA<br><br>STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE REPLY REGARDING MOTION TO WITHDRAW THE REFERENCE (First Request) |

AFFINITYLIFESTYLES.COM, INC. d/b/a
REAL WATER, a Nevada Corporation; REAL
WATER, INC., a Delaware Corporation;
REAL WATER OF TENNESSEE, LLC,

Defendants.

Ryan A. Andersen, Chapter 7 Trustee

Trustee.

Judge: Natalie M. Cox

Plaintiffs Ohio Security Insurance Company, Peerless Indemnity Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company (collectively, "Plaintiffs"), by and through their attorneys, Duane Morris LLP and Spencer Fane LLP, and Ryan A. Andersen, Chapter 7 Trustee, by and through his attorney, Bankruptcy Recovery Group ("Trustee", and with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

## **RECITALS**

1. On August 11, 2025, Plaintiffs commenced the instant litigation by filing a complaint (the "Complaint") alleging claims for breach of contract and declaratory judgment in the United States Bankruptcy Court for the District of Nevada.

2. On the same date, Plaintiffs filed *Ohio Security Insurance Company, et al.'s Motion to Withdraw the Reference* [ECF No. 1] (the "Motion to Withdraw the Reference").

3. On August 26, 2025, the Parties filed a *Stipulation to Extend Deadline to Respond to Motion to Withdraw the Reference* [ECF No. 3] requesting extension of the deadline for the Trustee to file an opposition to the Motion to Withdraw the Reference.

4. On August 27, 2025, the Court entered Minute Order in Chambers approving the stipulation to extended the deadline to September 2, 2025 [ECF No. 4].

5. On September 2, 2025, the Parties filed a *Second Stipulation to Extend Deadline to Respond to: (1) Motion to Withdraw the Reference; and (2) Complaint* [ECF No. 5] requesting extension of the deadline for the Trustee to file an opposition to the Motion to Withdraw the Reference.

6. On September 8, 2025, the court entered Order Approving Stipulation to Extend Time approving the stipulation and extending the deadline to respond to the Motion to Withdraw the Reference to November 3, 2025, and extending the deadline to answer the Complaint to November 10, 2025. The Trustee was ordered to "withdraw his request to waive the fourteen-day stay under Federal Rule of Bankruptcy Procedure 6004 if the bankruptcy court grants the motion to reconsider the order denying the motion to approve the sale of claims pursuant to 11 U.S.C. § 363(f) in the bankruptcy case captioned In re Affinitylifestyles.com, Inc., Case Number BK-S-21-14099-NMC."

7. On October 31, 2025, the Parties filed a *Third Stipulation to Extend Deadline to Respond to: (1) Motion to Withdraw the Reference; and (2) Complaint* [ECF No. 7]. On November 5, 2025, the Parties filed an *Amended Third Stipulation to Extend Deadline to Respond to: (1) Motion to Withdraw the Reference; and (2) Complaint* [ECF No. 9].

8. On November 12, 2025, the Court entered Order Approving Stipulation to Extend Time extending the deadline to respond to January 9, 2026 [ECF No. 10].

9. On January 9, 2026, the Trustee filed an Opposition to the Motion to Withdraw the Reference [ECF No. 11].

10. The current deadline for the Plaintiffs to file their reply is January 16, 2026.

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Plaintiffs' deadline to file a Reply regarding their Motion to Withdraw the Reference shall be extended to up to and including January 23, 2026; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2.       This Stipulation is without prejudice to any of the Parties requesting a further extension of time from the Court for cause shown.

**IT IS SO STIPULATED.**

DATED this 15th January 2026.

SPENCER FANE LLP

 /s/ Richard F. Holley
Richard F. Holley (SBN 3077)
Mary E. Bacon (SBN 12686)
Jeremy A. Moseley (*Pro Hac Vice*)
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.408.3401
and
DUANE MORRIS LLP
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058

*Attorneys for Ohio Security Insurance Company, The Ohio Casualty Insurance Company, Peerless Indemnity Insurance Company, and West American Insurance Company*

DATED this 15th January 2026.

BANKRUPTCY RECOVERY GROUP

 /s/ Talitha Gray Kozlowski
Gregory E. Garman, Esq. (SBN 6654)
Talitha Gray Kozlowski, Esq. (SBN 9040)
Garrett H. Nye, Esq. (*Pro Hac Vice* Granted)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*Special Counsel for Chapter 7 Trustee*

**IT IS SO ORDERED:**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/21/2026